■ (A) In the Matter of the Claim of PETER STAGG et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of HUGH HAROLD et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Motions for withdrawal and discontinuance of appeals granted, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (August 30, 1962)

■ In the Matter of ANN P. KAHLER et al., Appellants, v. CHEMUNG COUNTY BOARD OF ELECTIONS et al., Respondents.— Order affirmed, without costs, on the ground that the designating petitions concededly were not numbered consecutively (Election Law, § 135, subd. 1; *Matter of Pabian* v. *McNab*, 3 N Y 2d 888; *Matter of Nagiel* v. *Laukaitis*, 278 N. Y. 696). In view of this conclusion it is unnecessary to pass upon the other questions raised. Coon, J. P., Gibson, Herlihy and Taylor, JJ., concur.

## FOURTH DEPARTMENT, August, 1962

## (August 31, 1962)

■ In the Matter of VICTOR E. MANZ et al., Respondents, v. JOSEPH GRANGER, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and designating petition held invalid. Memorandum: We disagree with the conclusion reached by the Trial Justice that the members of the committee on vacancies were necessary parties to this proceeding. (*Matter of Kowal* v. *Dmochowski*, 14 A D 2d 665, affd. 10 N Y 2d 794; *Matter of Roman* v. *Power*, 10 N Y 2d 793.) On the merits, we agree with the conclusions stated in the Special Term memorandum as to the invalidity of certain signatures and we adopt those conclusions as our findings. This leaves an insufficient number of valid signatures upon the petition in question. (Appeal from final order of Erie Special Term dismissing the petition for lack of jurisdiction.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.

■ In the Matter of HENRY NEWMAN, SR., Respondent, v. ALBERT J. RYKZYNSKI, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term granting motion to cancel the enrollment of respondent Rykzynski.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ.

## FIRST DEPARTMENT, SEPTEMBER, 1962

## (September 6, 1962)

■ GREENWICH TOWERS ASSOCIATES v. MCLEAN, GROVE & COMPANY, INC., et al.— Motion for a stay granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.